IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01500-PSF-OES

IN RE THE SUBPOENA ISSUED IN
Civil Action No. 1:05cv574-DCN
(UNITED STATES DISTRICT DOURT
FOR THE NORTHERN DISTRICT OF OHIO),

THOMAS J. WILSON, Individually and as Trustee of the
Thomas J. Wilson Revocable Trust;
LOL, LLC;
THE PRIVATE TRUST COMPANY, N.A., as Trustee of the
Thomas J. Embrescia Defective Irrevocable Trust and the
Lawrence I. Pollock Defective Irrevocable Trust;
LAWRENCE I. POLLOCK, Individually and as Trustee of the
Lawrence I. Pollock Revocable Trust;
TUNA, LLC; and
THOMAS J. EMBRESCIA, Individually and as Trustee of the
Thomas J. Embrescia Revocable Trust,

    Plaintiffs,

v.

KPMG LLP;
TX PRESIDIO ADVISORS, LLC, f/k/a Presidio Advisors L.L.C.; and
SIDNEY, AUSTIN, BROWN & WOOD, f/k/a Brown & Wood, LLP,

    Defendants.

## ORDER RESPONSE TO PETITION

THIS MATTER is before the Court on Movant Robert D. Simon's Petition and

Brief in Support of Motion to Quash Personal Subpoena (Dkt. # 1).  The Court hereby

ORDERS that any response to the petition shall be filed **on or before August 19, 2005.**

DATED:  August 12, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge