IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01500-PSF-OES

IN RE THE SUBPOENA ISSUED IN
Civil Action No. 1:05cv574-DCN
(UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO),

THOMAS J. WILSON, Individually and as Trustee of the
Thomas J. Wilson Revocable Trust;
LOL, LLC;
THE PRIVATE TRUST COMPANY, N.A., as Trustee of the
Thomas J. Embrescia Defective Irrevocable Trust and the
Lawrence I. Pollock Defective Irrevocable Trust;
LAWRENCE I. POLLOCK, Individually and as Trustee of the
Lawrence I. Pollock Revocable Trust;
TUNA, LLC; and
THOMAS J. EMBRESCIA, Individually and as Trustee of the
Thomas J. Embrescia Revocable Trust,

    Plaintiffs,

v.

KPMG LLP;
TX PRESIDIO ADVISORS, LLC, f/k/a Presidio Advisors L.L.C.; and
SIDNEY, AUSTIN, BROWN & WOOD, f/k/a Brown & Wood, LLP,

    Defendants.

## ORDER VACATING HEARING AND DISMISSING PETITION AND MOTION TO QUASH AS MOOT

THIS MATTER is before the Court on Robert D. Simon's Unopposed Motion to Dismiss Petition and Motion to Quash as Moot Combined with a Motion to Vacate Court Hearing (Dkt. # 9), filed September 14, 2005.

The underlying lawsuit pending in the Northern District of Ohio has been resolved, and the Plaintiffs filed a Notice of Withdrawal of Subpoena (Dkt. # 8) on September 12, 2005.  The Court hereby

ORDERS that the hearing scheduled for September 16, 2005 is VACATED and Mr. Simon is released from his subpoena obligations.  The petition is DISMISSED as moot.

DATED:  September 15, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge